IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
ANTHONY T. LEE, et al.,        )
                               )
    Plaintiffs,                )
                               )
UNITED STATES OF AMERICA,      )
                               )
    Plaintiff-Intervenor       )
    and Amicus Curiae,         )
                               )
NATIONAL EDUCATION             )    CIVIL ACTION NO.
ASSOCIATION, INC.,             )      3:70cv855-MHT
                               )           (WO)
    Plaintiff-Intervenor,      )
                               )
    v.                         )
                               )
ROANOKE CITY BOARD OF          )
EDUCATION, et al.              )
                               )
    Defendants.                )
```

JUDGMENT ON LOCAL ISSUES

In accordance with the memorandum opinion entered this day, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The motion to dismiss and for declaration of unitary status filed by defendants Roanoke City Board of

Education and its members and superintendent (doc. no. 300) is granted.

(2) The Roanoke City School System is DECLARED to be unitary.

(3) All outstanding orders and injunctions are dissolved as to defendants Roanoke City Board of Education and its members and superintendent.

(4) This litigation is dismissed as to defendants Roanoke City Board of Education and its members and superintendent.

It is further ORDERED that the state defendants (the Alabama State Board of Education, its members, the State Superintendent of Education, and the Governor of Alabama) are not dismissed and that the orders dealing with the state-wide 'facilities' issues are not dissolved.

DONE, this the 23rd day of April, 2007.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE